UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                    CASE NO: 2:15-cr-145-FtM-38MRM

PLACIDO VASQUEZ-GONZALEZ

## ORDER

This matter comes before the Court on the Unopposed Motion to Advance Sentencing Date (Doc. #22) filed on January 26, 2016. Counsel moves the court to advance the sentencing date currently set for February 22, 2016. As grounds, the initial presentence report has been disclosed and advises a guideline range of one to seven months of incarceration. The Government does not oppose rescheduling the sentencing hearing. The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below. Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Advance Sentencing Date (Doc. 22) is **GRANTED**. Based upon the availability of the Court's calendar, the sentencing hearing will be rescheduled for **February 16, 2016 at 2:30 PM**. The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this February 4, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record